UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAOMI SUE WHITE EAGLE, (a.k.a. LOWELL LOWE),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELDON VAIL, RUBIN CEDENO, JEFFREY UTTECHT, STEVEN FLEENOR and CHERI STERLIN,<br><br>　　　　Defendants. | NO. CV-08-5071-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR TEMPORARY RESTRAINING ORDER** |

　　Magistrate Judge Imbrogno filed a Report and Recommendation on December 15, 2008, recommending Plaintiff's Motions for Appointment of Counsel (Ct. Rec. 4) and for Temporary Restraining Order (Ct. Rec. 5) be denied. There being no objections, the Court **ADOPTS** the Report and Recommendation's analysis and conclusions. The motions (Ct. Recs. 4 & 5) are **DENIED**.

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

　　**DATED** this       30th       day of January 2009.


　　　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR TEMPORARY RESTRAINING ORDER -- 1