AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NAOMI SUE WHITE EAGLE,
(a.k.a. LOWELL LOWE)

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL, ET AL

CASE NUMBER: CV-08-5071-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's Motion (Ct. Rec. 16) is GRANTED
and the Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to waive collection of the filing fee (Ct. Rec. 18) is also GRANTED.

| | |
|---|---|
| February 9, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |